IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-01647-WDM-OES

WALTER SINS, and
DALE and MARY VAN BLAIR,

Plaintiff(s),

vs.

JANUS CAPITAL MANAGEMENT, LLC,

Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Entered: September 20, 2005

     Upon plaintiff's filing of a Notice of Withdrawal [Document 83], Plaintiff's Second Motion to Compel [filed August 30, 2005, Document 76] is deemed WITHDRAWN.