IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-01647-WDM-OES

WALTER SINS, and
DALE and MARY VAN BLAIR,

Plaintiff(s),

vs.

JANUS CAPITAL MANAGEMENT, LLC,

Defendant(s).

ORDER DENYING PLAINTIFFS'
THIRD MOTION TO COMPEL PRODUCTION

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Entered: October 17, 2005

Plaintiffs' Third Motion to Compel Production of Documents [Doc. 85, filed September 29, 2005] is DENIED WITHOUT PREJUDICE.  Defendant states in its Response that it has now provided a complete privilege log.  For that reason, plaintiff is granted leave to renew its motion to compel on a document-by-document basis following his review of defendants' privilege log.

Dated at Denver, Colorado, this day of:  October 17, 2005

BY THE COURT:

s/ O. Edward Schlatter
_____
O. Edward Schlatter
United States Magistrate Judge