IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 04-cv-01647-WDM-MEH

WALTER SINS, et al.,

    Plaintiffs,

v.

JANUS CAPITAL MANAGEMENT LLC.,

    Defendants.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendant's motion to file supplemental authorities is granted.

Dated:  October 23, 2006

                                          s/ Jane Trexler, Judicial Assistant