# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# MAGISTRATE JUDGE MICHAEL E. HEGARTY

Civil Action No. 04-cv-01647-WDM-MEH          Date:   October 24, 2006
Courtroom Deputy:  Cathy Coomes               **FTR – Courtroom A601**

| | |
|---|---|
| WALTER SINS, et al., | Becky Ferrell-Anton |
|  | Guy M. Burns |
| Plaintiff(s), | Jennifer H. Hunt |
|  | John F. Walsh, III |
| vs. | |
| JANUS CAP MGMT LLC, | James S. Dittmar |
|  | Tucker K. Trautman |
| Defendant(s). | |

## COURTROOM MINUTES

**PRETRIAL CONFERENCE**

**Court in session:**           9:42 a.m.

Court calls case.  Appearances of counsel.

Discussion regarding Plaintiffs' Motion to Strike Corrected Supplemental Expert Report of Andrew Carron.

**ORDERED:**  Based on the agreement of the parties and as stated on the record, Plaintiffs' Motion to Strike Corrected Supplemental Expert Report of Andrew Carron (Doc. #117, filed 10/20/06) is DENIED.

The proposed Pretrial Order was reviewed.

The Pretrial Order was approved and filed with the corrections made of record.

Counsel are directed to proceed to Judge Miller's chambers to obtain a trial date.

**Court in recess:**           10:12 a.m (Hearing continued)
**Total time in court:**       0:30